IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-31182
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILBERT WILSON,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 99-CR-50082-2
---------------------
January 20, 2000

Before SMITH, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Wilbert Wilson appeals the district court's denial of his motion to revoke an order of pretrial detention. The decision to deny Wilson pretrial release rests on the conclusion that Wilson is a danger to any other person or the community and that no conditions will reasonably assure safety. That conclusion is supported by the record. *See United States v. Hare*, 873 F.2d 796, 798-99 (5th Cir. 1989). The pretrial detention order is AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.